UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DUNG DANG** )<br>    **Plaintiff** )<br> )<br>**V.** )<br> )<br>**T & R FISHING, INC.** )<br>    **Defendant** )<br> ) | **Civil Action**<br><br>**No.** |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

**GENERAL FACTUAL ALLEGATIONS**

1. The Plaintiff, Dung Dang, is a resident of South Dartmouth, Masschusetts.

2. The Defendant, T & R Fishing, Inc. is a foreign corporation duly organized and existing under the laws of the State of Maine.

3. On or about May 25, 2022, the Defendant, T & R Fishing, Inc. was doing business within the Commonwealth of Massachusetts.

4. On or about May 25, 2022, the Plaintiff, Dung Dang, was employed by the Defendant, T & R Fishing Inc.

5. On or about May 25, 2022, the Plaintiff, Dung Dang, was employed by the Defendant, T & R Fishing, Inc. as a seaman and a member of the crew of the F/V INDEPENDENCE.

6. On or about May 25, 2022, the Defendant, T & R Fishing, Inc. owned the F/V INDEPENDENCE.

7. The Defendant, T & R Fishing, Inc. chartered the F/V INDEPENDENCE from some other person or entity such that on or about May 25, 2022, the Defendant, T & R Fishing, Inc. was the owner pro hac vice of the F/V INDEPENDENCE.

8. On or about May 25, 2022, the Defendant, T & R Fishing, Inc. operated the F/V INDEPENDENCE.

9. On or about May 25, 2022, the Defendant, T & R Fishing, Inc. or the Defendant's agents, servants and/or employees, controlled the F/V INDEPENDENCE.

10. On or about May 25, 2022, the F/V INDEPENDENCE was in navigable waters.

11. On or about May 25, 2022, while in the in the performance of his duties in the service of the F/V INDEPENDENCE, the Plaintiff, Dung Dang, sustained personal injuries.

12. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Dung Dang, was exercising due care.

## JURISDICTION

13. This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §30104 et. seq. (formerly §688 et. seq.).

14. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 and alternatively 28 U.S.C. § 1333.

## COUNT I

### DUNG DANG V. T & R FISHING INC.
### (JONES ACT NEGLIGENCE)

15. The Plaintiff, Dung Dang, reiterates the allegations set forth in paragraphs 1

through 14 above.

16. The personal injuries sustained by the Plaintiff, Dung Dang, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17. As a result of said injuries, the Plaintiff, Dung Dang, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, Dung Dang, demands judgment against the Defendant, T & R Fishing, Inc. in an amount to be determined by a jury together with interest and costs.

## COUNT II

### DUNG DANG V. T & R FISHING INC.
### (GENERAL MARITIME LAW  - UNSEAWORTHINESS)

19. The Plaintiff, Dung Dang, reiterates the allegations set forth in paragraphs 1 through 14 above.

20. The personal injuries sustained by the Plaintiff, Dung Dang, were due to no fault of his, but were caused by the unseaworthiness of the F/V INDEPENDENCE.

21. As a result of said injuries, the Plaintiff, Dung Dang, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22. This cause of action is brought under the General Maritime Law for

unseaworthiness and is for the same cause of action as Count II.

WHEREFORE, the Plaintiff, Dung Dang, demands judgment against the Defendant, T & R Fishing, Inc. in an amount to be determined by a jury together with interest and costs.

### COUNT III

### DUNG DANG V. T & R FISHING INC.
### (GENERAL MARITIME LAW - MAINTENANCE and CURE)

23. The Plaintiff, Dung Dang, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Dung Dang, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, Dung Dang, demands judgment against the Defendant, T & R Fishing, Inc. in an amount to be determined by a jury for maintenance and cure, together with costs and interest.

### COUNT IV

### Dung Dang vs. T & R Fishing Inc.

### (GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE)

25. The Plaintiff, Dung Dang, reiterates the allegations set forth in paragraphs 1 through 14 above.

26. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Dung Dang, has incurred and will continue to incur expenses for his maintenance and cure.

27. The Plaintiff, Dung Dang, has made demand upon the Defendant, T & R Fishing, Inc. for the provision of maintenance and cure.

28. The Defendant, T & R Fishing, Inc. has negligently, willfully, arbitrarily, and/or unreasonably failed to provide the Plaintiff with maintenance and cure in a timely and adequate manner.

29. As a result of the Defendant's failure to provide the Plaintiff maintenance and cure, the Plaintiff has sustained and will continue to sustain damages, including without limitation, pain of body and anguish of mind, lost time from his usual work and pursuits, medical and hospital expenses, attorneys fees, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff, Dung Dang, demands judgment against the Defendant, T & R Fishing, Inc. in an amount to be determined by a jury as compensatory damages and punitive damages for failure to pay maintenance and cure, together with costs, interest, and reasonable attorneys fees.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

**RAISED IN COUNTS I, II, III & IV**

> Respectfully submitted for
> the Plaintiff, DUNG DANG,
> by his attorneys,
>
> /s/ Carolyn M. Latti
> CAROLYN M. LATTI
> BBO# 567394
> DAVID F. ANDERSON
> BBO#560994
> Latti & Anderson LLP
> 30-31 Union Wharf
> Boston, MA 02109
> (617) 523-1000

Dated:  February 3, 2023